THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARCUS M. KERNER
Assistant United States Attorney
California State Bar No.107014
    411 West 4th Street, Suite 8000
    Santa Ana, California 92701-4599
    Telephone: (714) 338-3532
    Facsimile: (714) 338-3523
    Email: Marcus.Kerner@usdoj.gov

Attorneys for Defendant Michael J. Astrue
Commissioner of Social Security

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARBARA A. BROOKS, | NO. CV 08-00043-MLG |
| Plaintiff, | <u>JUDGMENT OF REMAND</u> |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The Court having received and approved a Stipulation for Remand,

IT IS HEREBY ADJUDGED that judgment be entered remanding this action to the Commissioner of Social Security for further action consistent with the Stipulation for Remand, as Authorized by 42 U.S.C. § 405(g), the fourth sentence, as amended.

DATED: <u>July 31, 2008</u>

                              /s/ Marc L. Goldman
                              MARC L. GOLDMAN
                              United States Magistrate Judge